Send-0

FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 07-00943 |
|---|---|
| Plaintiff, | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Ivan Alejandre-Zamora Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

- violation petition
- pretrial services report
- defendant's nonobjection

1

1    and/ or

2  B. (X)  The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c).  This finding is based on the following:
6         — violation petition
7         — pretrial services report
8         — defendant's non objection
9         _____

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further
12   revocation proceedings.

14   Dated: May 7, 2012

HONORABLE SHERI PYM
United States Magistrate Judge